Armando Alejandro Montalvo
Plaintiff

vs.

ORANGE county SHERiFFS OFFICE
WAl-MArt
WWE

6:26-cv-01029-JSS-DCI

## Civil complaint 42 U.S.C 1983

1. On August 31st 2015 THE Plaintiff WAS SHot, By an orange County, Sheriff in THE CHESt. WWE Personnel called their Intial Intel of security with no 9/11 call through Dispatch of a recorded Line and framed Armando Alejandro montalvo with a Knife, After Investigation reports No weapon was recovered.(Brady violation) THE State Attorneys OFFICE SuppressED EvidEncE, of Intoxication to THE Court. which was In Favor OF THE Plaintiff within Intent to Commit a CrimE. Armando AleJandro montalvo Had His HEAdphonEs on, And could not HEAr THE police OFFiCErs commands THE police OFFiCErs where not In standard uniform also In unmarked police Vehicles. SincE THE Plaintiff Has BEEn Shot, THE OFFiCE of orange County SheriFFS office Has continuosly used a mental HEAlth Stigma and Label, to Deprive THE plantiFF of LiFE And LiBErty. In violation of the 14th Amendment which protects DUE process. counsEl manipulated HiS DEFensE violating His 6th Amendment of Ineffective counsel that performed poorly and to raisE these ISSLES to the courts to protect plaintiFFs Constitutional rights. Instead counsel the

1.

KEPT his ACCESS TO A LAWYER with EVALUATIONS TO THE courts so THE plaintiff could not Advocate For his rights to protect His Freedom. Even IF THE timeline Has Expired, THE plantiff can show THE courts, THATS once His Appeal was Approved, HE was Set up By orange County sheriffs office, to keep undergoing civil Baker acts, under Civil mental HEALTH Incarceration to Deprive him of life. counsel of THE public Defenders of orange county, Allowed THE plantiff to have his mental HEALTH violated of poly pharmacy To BE placed against his will on psychotropic Drugs, which was more Harmful to his mental HEALTH and physical HEALTH after HE was shot By an orange County Sheriff when HE was under THE influence of Alcohol. Through THE Duration of all these years THE office of THE orange County Sheriffs has ABUSED, Thier Authority to keep Framing THE plaintiff to violate His Civil mental HEALTH rights of Chapter of 394. After Several ARREST THE plaintiff has had his constitutional rights violated, to have counsel to Keep waving his right To Intervene, to manipulate his Defense and Employ Doctors to manipulate Fabricate thier Evaluations to THE court. It's Inhumane of what THE orange Sheriffs within THE County Has Done To plaintiff. Every time THE plaintiff gets Arrested on a New case THE charges are Eventually Dropped, yet orange County still waste tax payer Dollars To manipulate the DEFENSE of the plantiff of Every case.

2.

THE PLAINTIFF WAS INTEREGATED + EVENTUALLY PRESENTED THROUGH THE regional conflict Attorneys, also Blackmailed Into taking a plea Through THE Bar Association. All cases have Been Dropped, And THE plantiff Has Had His 8th Amendment violated, of THE system manipulating His mental HEAlth rights to have him civilly HElD against his Will So he couldn't protect His Appeal For orange county Shooting him with a 45 caliber In His Chest. THE plantiff was also set up In a Wal-mart parking Lot of an Entrapment method Through orange county, where THEY violated his fourth 4th Amendment, HE was Jumped Assaulted, are Eventually THE Chorges were Dropped By THE State Attorney's office once Armando Alejandro montalvo, Had All counsel removed. In Every case Due to counsel Having his mental HEAlth manipulated In regards to Doctors Finding Him Incompetent tu proceed and THE courts manipulating His mental HEAlth rights Even IF THE time tolls For Civil complaint 42 U.S.C 1983, THE plantiff can Show THE courts of How all his cases Have Been put on Hold So HE can't protect are preserve His Freedom, AS An American Citizen. Even with Qualified Immunity That protects Law Enforcement It Still Does not Justify Their unlawful Actions of How THEY continously set Armando Alejandro montalvo up once His Appeal was Approved, THrough THE orange county Clerk of THE court. In violating His First 1st

3.

Amendment right of his 8th Amendment right of manipulating his mental Health to use those mental Health and stigmas and labels to justify corrupt law enforcement intel to deprive the plaintiff of life and liberty that the 14th Amendment protects, or idle process within the time toll, the plaintiff will be more than free to explain to the courts of how his right were all violated and how counsel manipulated him and his family so He could not protect and preserve his Freedom, Prayer relief from law enforcement intel for future reference, and damages that has been done to the plaintiff of Armando Alejandro Montalvo of how the orange county sheriffs office has abused their authority to keep setting up the plaintiff on new cases to deprive him of life and liberty and violating his civil mental Health rights of chapter 394. If the time was tolled through a timeline he can prove to the courts that through civil mental Health Incarceration, He was not aware to protect his rights, also within. The 6th Amendment of counsel violating his rights not to be present to the courts to protect his Appeal that was approved through the (DCA) District of Appeals and was set up by the police on new cases that were Eventually dropped It's unconstitutional. 4.

In Good Faith, THE Plaintiff FILES THIS complaint TO THE COURTS, TO SHOW His Civil mental HEALTH 394 rights where violated, and His Constitutional rights as well, For THE time THAT HaS TOLLED THIS should BE presented TO the courts.

In God I trust

JESUS

Yours, Truly THE plaintiff

Armando Alejandro Montclvo

PS THE Plaintiff Ask THE courts To Grant this Civil complaint To protect His Future From THE ABUSE OF THE Authority of Law Enforcement To protect and preserve His mental HEALTH, and Freedom as an American CITIZEN.

S.